IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NABIL (Last Name Unknown), *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, ) <br>     President of the United States, ) <br>     *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-CV-1504 (RMC) |

### **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2005, copies of the foregoing were transmitted via

Federal Express to counsel for petitioner:

>Todd W. Miller
>HOLLAND & HART LLP
>555 17th Street, Suite 3200
>Denver, CO 80202
>(303) 295-8000

>  /s/ Preeya M. Noronha
>PREEYA M. NORONHA
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W.   Room 7226
>Washington, DC  20530
>Tel.:  (202) 514-3338
>Fax:  (202) 616-8202

>One of the Attorneys for Respondents