## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ )<br><br>**MOHAMMAD AKHTIAR,**<br>  **Petitioner,**<br><br>   *v.*<br><br>**GEORGE W. BUSH,** *et al.*,<br>  **Respondents.**<br>_____) | )<br>)<br>)<br>)<br>)  **Civil Action No. 05-1635 (PLF)**<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>DECLARATION OF RICHARD A. GRIGG</u>

Pursuant to 28 U.S.C. § 1746

Richard A. Grigg declares, under penalty of perjury as follows:

1.      I am a partner at the law firm of Spivey & Grigg, LLP, located at 48 East Avenue, Austin, Texas 78701.

2.      I am licensed to practice law in the state of Texas and am a member in good standing of the State Bar of Texas and am admitted to practice in all Federal Districts in Texas.

3.      My firm has joined with the Center for Constitutional Rights to assist in their continuing efforts to secure representation for all prisoners at Guantánamo.

4.      Attorneys with the Center of Constitutional Rights received a communication from a prisoner at Guantanamo that speaks English. This prisoner relayed a request from Mr. Mohammad Akhtiar for legal representation.

5.      The Center for Constitutional Rights forwarded the request to me and I agreed to the above representation and filed the above cause of action to comply with this request.


I declare under penalty of perjury that the foregoing is true and correct.

Dated: Austin, Texas
      August ___19___, 2005

Richard A. Grigg
Texas Bar # 08487500
SPIVEY & GRIGG, L.L.P.
48 East Avenue
Austin, Texas 78701
Tel: (512) 474-6061
Fax: (512) 474-1605
Email:  dicky@Grigg-Law.com

Counsel for Petitioner