IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NABIL (Last Name Unknown), *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-1504 (RMC) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
| | ) |
| Respondents. | ) |
| | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2005, copies of the foregoing were transmitted via

Federal Express to counsel for petitioner:

> Todd W. Miller
> HOLLAND & HART LLP
> 555 17th Street, Suite 3200
> Denver, CO 80202
> (303) 295-8000


>   /s/ Preeya M. Noronha
> PREEYA M. NORONHA
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., N.W.    Room 7226
> Washington, DC  20530
> Tel.:  (202) 514-3338
> Fax:  (202) 616-8202
>
> One of the Attorneys for Respondents