IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NABIL (Last Name Unknown), *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1504 (RMC) |
| GEORGE W. BUSH,  President of the United States,  *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

**PETITIONER'S MOTION FOR PRETRIAL CONFERENCE**

Pursuant to FED. R. CIV. P. 16(a), Petitioner Nabil, through counsel, requests that the Court hold a pretrial conference in this matter as soon as possible.

Mr. Nabil has been detained by the United States incommunicado for an indeterminate period of time, without charge and without being afforded any fair process by which he might challenge his detention. His Petition for Writ of Habeas Corpus was filed on July 28, 2005. The Respondents have not provided a factual return in response to the Petition. Mr. Nabil, through counsel, therefore requests that the Court hold a pretrial conference as soon as possible to afford Mr. Nabil a fair process, to expedite the disposition of this action and to establish continuing control over this matter.

The following subjects, without limitation, should be considered at a Pretrial Conference:

(1)    The deadline for the Respondents to file and serve their factual return in response to the Petition;

-1-

(2) The control and scheduling of discovery, including orders affecting disclosures and discovery pursuant to FED. R. CIV. P. 26 and FED. R. CIV. P. 29 through 37 (*See* FED. R. CIV. P. 16(c)(6));

(3) The identification of witnesses and documents (*See* FED. R. CIV. P. 16(c)(7))

(4) The advisability of referring matters to a magistrate judge or special master (*See* FED. R. CIV. P. 16(c)(8))

(5) The disposition of pending motions (*See* FED. R. CIV. P. 16(c)(11)); and

(6) The need for adopting special procedures for managing potentially difficult or protracted actions that may involve complex issues (*See* FED. R. CIV. P. 16(c)(12)), including:

   (a) the status of governmental security clearances for Mr. Nabil's counsel;

   (b) the status and logistics of future visits of Mr. Nabil's counsel to the United States Naval Station at Guantánamo Bay, Cuba to meet and confer with him;

   (c) Mr. Nabil's physical condition and the arrangements regarding his detention.

Pursuant to LCvR 7(m), on October 17, 2005, counsel for Mr. Nabil, Rick D. Bailey, conferred with counsel for the Respondents, Preeya M. Noronha, regarding this motion by telephone and by email. On October 18, 2005, Ms. Noronha indicated by email that Respondents would oppose this motion.

Mr. Nabil respectfully requests that the Court schedule a pretrial conference as soon as possible. A form of an agreed order is attached hereto for the Court's consideration.

DATED: October 19, 2005

        Respectfully submitted,

        Counsel for Mr. Nabil:

        /s Rick D. Bailey
        _____
        J. Triplett Mackintosh (Colorado State Bar #22359)
        Todd W. Miller (Colorado State Bar #16306)
        Rick D. Bailey (Colorado State Bar #26554)
        Hamid M. Khan  (Colorado State Bar #34139)
        James E. Williams (Colorado State Bar #34727)
        Hillary M. Hebert (Colorado State Bar #35906)
        HOLLAND & HART LLP
        555 Seventeenth Street, Suite 3200
        Denver, CO  80202
        Telephone:  (303) 295-8000

        rbailey@hollandhart.com

        Of Counsel
        Barbara J. Olshansky (New York State Bar #3635)
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway
        New York, New York 10012
        Telephone: (212) 614-6439

## CERTIFICATE OF SERVICE

I certify that on October 19, 2005, I served a copy of the foregoing document to the following by electronic filing and also by U.S. Mail.

    c/o Preeya Noronha
    Peter D. Keisler
    Joseph H. Hunt
    Kenneth L. Wainstein
    Douglas N. Letter
    Vincent M. Garvey
    Terry M. Henry
    James J. Schwartz
    Robert J. Katerberg
    Nicholas J. Patterson
    Andrew I. Warden
    Edward H. White
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., N.W. Room 7144
    Washington, DC  20530
    preeya.noronha@usdoj.gov

    /s Rick D. Bailey

3465378_1.DOC