IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NABIL (Last Name Unknown), *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1504 (RMC) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**(PROPOSED) ORDER SETTING PRETRIAL CONFERENCE**

Mr. Nabil having moved this Court for an Order setting a pretrial conference in the above-captioned matter pursuant to FED. R. CIV. P. 16(a);

IT IS HEREBY ORDERED that a pretrial conference in the above-captioned matter will be held on the ____ day of _____ at _____ o'clock ____.m. Exactly _____ minutes has been set aside for this pretrial conference.

DATED this ____ day of _____, 2005.

_____
District Court Judge

3465112_1.DOC