UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NABIL, et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-1504 (RMC) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

Local Civil Rule 40.6 permits a judge of this Court to "transfer directly all or part of any case on the judge's docket to any consenting judge." LCvR 40.6(a). To efficiently resolve the issues raised in Respondents' Motion for Order to Show Cause Why Case Should Not be Dismissed for Lack of Proper "Next Friend" Standing or, in the Alternative, to Stay Proceedings Pending Related Appeals and for Continued Coordination (Dkt. #4), Judge Louis F. Oberdorfer has agreed to accept the transfer of the motion.

Accordingly, it is this 25th day of October, 2005, hereby

**ORDERED** that the motion is **TRANSFERRED** to Judge Oberdorfer, with his consent, for consideration and decision.

**SO ORDERED**.

Signed: October 25, 2005

/s/
ROSEMARY M. COLLYER
United States District Judge