IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NABIL (Last Name Unknown), *et al.*, | ) <br> ) |
| Petitioners, | ) <br> ) |
| v. | ) Civil Action No. 05-CV-1504 (RMC) <br> ) |
| GEORGE W. BUSH, <br> President of the United States, <br> *et al.*, | ) <br> ) <br> ) <br> ) |
| Respondents. | ) <br> ) |

**PETITIONER'S REPLY IN SUPPORT OF MOTION FOR PRETRIAL CONFERENCE**

On October 19, 2005, pursuant to FED. R. CIV. P. 16(a), Petitioner Nabil, through counsel, requested that the Court hold a pretrial conference. On November 4, 2005, after the filing of Respondent's opposition, Judge Oberdorfer entered an Order to Show Cause why the case should not be dismissed for lack of jurisdiction. He also set a briefing schedule and scheduled the matter for hearing on December 5, 2005. In addition, Judge Oberdorfer ordered the Petitioner and the Respondents to "consult with Magistrate Judge Kay as soon as is practicable (but in any event before the hearing) to discuss how counsel for Petitioners may obtain access to the detainees who allegedly seek to be represented by next friends to determine if the detainees will authorize counsel to represent them directly."

The recently ordered conference with Magistrate Judge Kay and the December 5, 2005 hearing before Judge Oberdorfer should serve the goals of Petitioner's motion for

-1-

-2-

pretrial conference: namely, to afford Mr. Nabil a fair process, to establish continuing control over this action and to expedite its disposition.  The conference with Magistrate Judge Kay may resolve some of the case management issues that would have been discussed at the requested pretrial conference.  It therefore appears that it is not urgent to hold a pretrial conference pursuant to FED. R. CIV. P. 16(a) prior to the December 5, 2005 hearing before Judge Oberdorfer.  Petitioner Nabil requests that his motion be held in abeyance.

Respondents have provided no authority that this Court is precluded from establishing management and control of this action through a Rule 16(a) pretrial conference or through a comparable procedure.  Assuming Judge Oberdorfer determines that the Court has jurisdiction over Mr. Nabil's petition for writ of habeas corpus, presumably the Court will schedule such additional conferences as are appropriate to discuss case management issues.

DATED: November 9, 2005

        Respectfully submitted,

        Counsel for Mr. Nabil:

          /s Rick D. Bailey
        _____1_____
        J. Triplett Mackintosh (Colorado State Bar #22359)
        Todd W. Miller (Colorado State Bar #16306)
        Rick D. Bailey (Colorado State Bar #26554)
        Hamid M. Khan  (Colorado State Bar #34139)
        James E. Williams (Colorado State Bar #34727)
        Hillary M. Hebert (Colorado State Bar #35906)
        HOLLAND & HART LLP
        555 Seventeenth Street, Suite 3200
        Denver, CO  80202
        Telephone:  (303) 295-8000

        Of Counsel
        Barbara J. Olshansky (New York State Bar #3635)
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway
        New York, New York 10012
        Telephone: (212) 614-6439

## CERTIFICATE OF SERVICE

      I certify that on November 9, 2005, I served a copy of the foregoing document to the following by electronic filing and also by U.S. Mail.

      c/o Preeya Noronha  
      Peter D. Keisler  
      Joseph H. Hunt  
      Kenneth L. Wainstein  
      Douglas N. Letter  
      Vincent M. Garvey  
      Terry M. Henry  
      James J. Schwartz  
      Robert J. Katerberg  
      Nicholas J. Patterson  
      Andrew I. Warden  
      Edward H. White  
      United States Department of Justice  
      Civil Division, Federal Programs Branch  
      20 Massachusetts Ave., N.W. Room 7144  
      Washington, DC  20530  
      preeya.noronha@usdoj.gov

                                                /s Rick D. Bailey

3475130_1.DOC