IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED DOE, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1458 (ESH) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| NABIL (Last Name Unknown), *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1504 (RMC) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ABBAR SUFIAN AL HAWARY, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1505 (RMC) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| ) | |
| Respondents. ) | |

| | | |
|---|---|---|
| SHAFIIQ (Last Name Unknown), *et al.* ) | ) | |
| Petitioners, ) | ) | |
| v. ) | ) | Civil Action No. 05-CV-1506 (RMC) |
| GEORGE W. BUSH, ) President of the United States, ) *et al.*, ) | ) | |
| Respondents. ) | ) | |
| SADAR DOE, *et al.*, ) | ) | |
| Petitioners, ) | ) | |
| v. ) | ) | Civil Action No. 05-CV-1704 (JR) |
| GEORGE W. BUSH, ) President of the United States, ) | ) | |
| Respondents. ) | ) | |
| MUHAMMED QASIM, *et al.*, ) | ) | |
| Petitioners, ) | ) | |
| v. ) | ) | Civil Action No. 05-CV-1779 (JDB) |
| GEORGE W. BUSH, ) President of the United States, ) | ) | |
| Respondents. ) | ) | |

**PETITIONER'S UNOPPOSED MOTION TO EXTEND SHOW CAUSE BRIEFING DEADLINES**

Petitioners respectfully request that the briefing schedule set out in Judge Oberdorfer's November 4, 2005 Order to Show Cause (the "Order") be reset and in support thereof state as follows:

1. Under the Order, the Parties are required to do the following:

1) Petitioners must show cause on or before Friday, November 18, 2005;

2

2) Respondents may respond by November 28, 2005; 3) a hearing is to be held on December 5, 2005; and 4) Petitioners and Respondents are to consult with Magistrate Judge Kay "as soon as is practicable (but in any event before the hearing) to discuss how counsel for Petitioners may obtain access to the detainees . . . ." Order at 4 - 5.

    2.    On the evening of November 14, 2005, Respondents filed their Motion for Clarification or, in the Alternative, Reconsideration, of the Court's November 4, 2005 Order to Show Cause ("Respondents' Motion for Clarification"). Respondents' Motion states, "respondents are unclear as to what the Court intended should be the scope of the parties' discussions with Magistrate Judge Kay" and explains that Respondents feel "there is no need for any consultation or discussion with Magistrate Judge Kay or otherwise on the subject of how counsel for petitioners may obtain special access to detainees . . . ." Respondents' Motion for Clarification at 1, 4-5.

    3.    Petitioners will oppose Respondents' Motion for Clarification, which seeks a significant change in the Order. Petitioners wish to have the issue resolved before they are required to Show Cause.

    4.    In accordance with Local Civil Rule 7(m), counsel for Petitioners conferred with counsel for the Respondents regarding this Motion and Respondents do not oppose it.

    5.    Undersigned counsel has also conferred with counsel for all above-named Petitioners and has received authority to file this Motion on behalf of all Petitioners.

WHEREFORE: Petitioners request that the Order's November 18, 2005 deadline to Show Cause and the November 28, 2005 deadline to respond be postponed until the Court has ruled on Respondents' Motion for Clarification. Petitioners request that the

December 5, 2005 hearing be used to address Respondents' Motion for Clarification, to set a new schedule for briefing the Order and to address any other scheduling matters arising out of the Order. A proposed order is attached hereto.

    Dated: November 16, 2005

                          Respectfully submitted,

                          /s Rick D. Bailey
                        _____
                        J. Triplett Mackintosh (Colorado State Bar #22359)
                        Rick D. Bailey (Colorado State Bar #26554)
                        Mona Burton (Utah State Bar #5399)
                        Todd W. Miller (Colorado State Bar #16306)
                        Hamid M. Khan (Colorado State Bar #34139)
                        James E. Williams (Colorado State Bar #34727)
                        Hillary M. Hebert (Colorado State Bar #35906)
                        HOLLAND & HART LLP
                        555 Seventeenth Street, Suite 3200
                        Denver, CO 80202
                        Telephone: (303) 295-8000

                        Of Counsel
                        Barbara J. Olshansky (New York State Bar #3635)
                        CENTER FOR CONSTITUTIONAL RIGHTS
                        666 Broadway
                        New York, NY 10012
                        Telephone: (212) 614-6439

                        **COUNSEL FOR PETITIONERS NABIL, SHAQIIF AND AL HAWARY**

## CERTIFICATE OF SERVICE

I certify that on November 16, 2005 I served a copy of the foregoing document to the following by

☐ U.S. Mail, postage prepaid
☐ Hand Delivery
☐ Fax
☒ Electronic Service

Preeya Noronha, Esq.
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC  20530
preeya.noronha@usdoj.gov

Kevin G. Boris, Esq
Ruprecht, Hart & Weeks, LLP
306 Main Street
Millburn, New Jersey 07041
kboris@rhwlawfirm.com

Elizabeth Gilson, Esq.
egilson@snet.net

Gita Gutierrez, Esq.
GGutierrez@ccr-ny.org

3478660_1.DOC