IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED DOE, *et al.,* | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-1458 (ESH) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
| | ) |
| Respondents. | ) |
| | ) |
| NABIL (*Last Name Unknown*), *et al.,* | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-1504 (RMC) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| | ) |
| Respondents. | ) |
| | ) |
| ABBAR SUFIAN AL HAWARY, *et al.,* | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-1505 (RMC) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| | ) |
| Respondents. | ) |

SHAFIIQ (Last Name Unknown), *et al.*    )
                                         )
            Petitioners,                 )
                                         )
        v.                               )    Civil Action No. 05-CV-1506 (RMC)
                                         )
GEORGE W. BUSH,                          )
        President of the United States,  )
        *et al.*,                        )
                                         )
            Respondents.                 )
_____  )
                                         )
SADAR DOE, *et al.*,                     )
                                         )
            Petitioners,                 )
                                         )
        v.                               )    Civil Action No. 05-CV-1704 (JR)
                                         )
GEORGE W. BUSH,                          )
        President of the United States,  )
                                         )
            Respondents.                 )
_____  )
                                         )
MUHAMMED QASIM, *et al.*,                )
                                         )
            Petitioners,                 )
                                         )
        v.                               )    Civil Action No. 05-CV-1779 (JDB)
                                         )
GEORGE W. BUSH,                          )
        President of the United States,  )
                                         )
            Respondents.                 )
_____  )

## ORDER (PROPOSED)

Having considered Petitioners' Unopposed Motion to Extend Show Cause

Briefing Deadlines, that Motion is GRANTED; and it is further

ORDERED: that the November 18, 2005 deadline to Show Cause and the

November 28, 2005 deadline to respond are hereby vacated.

ORDERED: that a hearing will be held on Monday, December 5, 2005 to address

Respondents' Motion for Clarification, to set a new Show Cause briefing schedule and

to address any other scheduling matters arising out of the Order to Show Cause.

_____

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE

3478765_1.DOC