IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED DOE, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1458 (ESH) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

| | |
|---|---|
| NABIL (Last Name Unknown), *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1504 (RMC) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| ) | |
| Respondents. ) | |

| | |
|---|---|
| ABBAR SUFIAN AL HAWARY, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1505 (RMC) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| ) | |
| Respondents. ) | |

|                                                    |   |                                      |
|----------------------------------------------------|---|--------------------------------------|
| SHAFIIQ (Last Name Unknown), *et al.*              | ) |                                      |
|                                                    | ) |                                      |
| Petitioners,                                       | ) |                                      |
|                                                    | ) |                                      |
| v.                                                 | ) | Civil Action No. 05-CV-1506 (RMC)    |
|                                                    | ) |                                      |
| GEORGE W. BUSH,                                    | ) |                                      |
| President of the United States,                    | ) |                                      |
| *et al.*,                                          | ) |                                      |
|                                                    | ) |                                      |
| Respondents.                                       | ) |                                      |

|                                                    |   |                                      |
|----------------------------------------------------|---|--------------------------------------|
| SADAR DOE, *et al.*,                               | ) |                                      |
|                                                    | ) |                                      |
| Petitioners,                                       | ) |                                      |
|                                                    | ) |                                      |
| v.                                                 | ) | Civil Action No. 05-CV-1704 (JR)     |
|                                                    | ) |                                      |
| GEORGE W. BUSH,                                    | ) |                                      |
| President of the United States,                    | ) |                                      |
|                                                    | ) |                                      |
| Respondents.                                       | ) |                                      |

|                                                    |   |                                      |
|----------------------------------------------------|---|--------------------------------------|
| MUHAMMED QASIM, *et al.*,                          | ) |                                      |
|                                                    | ) |                                      |
| Petitioners,                                       | ) |                                      |
|                                                    | ) |                                      |
| v.                                                 | ) | Civil Action No. 05-CV-1779 (JDB)    |
|                                                    | ) |                                      |
| GEORGE W. BUSH,                                    | ) |                                      |
| President of the United States,                    | ) |                                      |
|                                                    | ) |                                      |
| Respondents.                                       | ) |                                      |

### Entry of Appearance of Scott S. Barker and certificate of indigent representation under LCvR 83.2(g)

I, Scott S. Barker, hereby enter my appearance on behalf of the Petitioners Nabil, Shaqiif and Al Hawary in the captioned matters.

Pursuant to LCvR 83.2(g) , I certify that I am a member in good standing of the Bars of the Supreme Court of the State of Colorado; the United States District Court for

the District of Colorado; and the Tenth Circuit Court of Appeals.  I further certify that I

am providing legal representation to Petitioners without compensation.

    Dated:  November 17, 2005

           Respectfully submitted,


           /s Scott S. Barker
           _____
           Scott S. Barker (Colorado State Bar #11177)
           J. Triplett Mackintosh (Colorado State Bar #22359)
           Rick D. Bailey (Colorado State Bar #26554)
           Mona Burton (Utah State Bar #5399)
           Todd W. Miller (Colorado State Bar #16306)
           Hamid M. Khan  (Colorado State Bar #34139)
           James E. Williams (Colorado State Bar #34727)
           HOLLAND & HART LLP
           555 Seventeenth Street, Suite 3200
           Denver, CO  80202
           Telephone:  (303) 295-8000

           Of Counsel
           Barbara J. Olshansky (New York State Bar #3635)
           CENTER FOR CONSTITUTIONAL RIGHTS
           666 Broadway
           New York, NY  10012
           Telephone:  (212) 614-6439

           **COUNSEL FOR PETITIONERS NABIL, SHAQIIF AND AL HAWARY**

## CERTIFICATE OF SERVICE

I certify that on November 17, 2005 I served a copy of the foregoing document to the following by

- ☐ U.S. Mail, postage prepaid
- ☐ Hand Delivery
- ☐ Fax
- ☒ Electronic Service

Preeya Noronha, Esq.
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC  20530
preeya.noronha@usdoj.gov

Kevin G. Boris, Esq
Ruprecht, Hart & Weeks, LLP
306 Main Street
Millburn, New Jersey 07041
kboris@rhwlawfirm.com

Elizabeth Gilson, Esq.
egilson@snet.net

Gita Gutierrez, Esq.
GGutierrez@ccr-ny.org

3479231_1.DOC