UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED DOE, *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-1458 (ESH) |
| GEORGE W. BUSH, *et al.*, | ) |
| Respondents. | ) |
| NABIL, *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-1504 (RMC) |
| GEORGE W. BUSH, *et al.*, | ) |
| Respondents. | ) |
| ABBAR SUFIAN AL HAWARY, *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-1505 (RMC) |
| GEORGE W. BUSH, *et al.*, | ) |
| Respondents. | ) |

| | |
|---|---|
| **SHAFIIQ,** *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> **GEORGE W. BUSH,** *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-1506 (RMC) |
| **HAMID AL RAZAK,** *et al.,* ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> **GEORGE W. BUSH,** *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-1601 (GK) |
| **SADAR DOE,** *et al.*, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **GEORGE W. BUSH,** *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-1704 (JR) |

|  |  |
|---|---|
| **MUHAMMAED QASIM,** *et al.*  )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>**GEORGE W. BUSH,** *et al.*,  )<br>)<br>Respondents.  )<br>) | Civil Action No. 05-1779 (JDB) |

## ORDER

It is this 1st day of December, 2005, hereby:

ORDERED: that, without objection, the hearing scheduled for <u>Monday, December 5, 2005, at 11:00 a.m. in Courtroom 3</u> is CONTINUED, pending further order.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE