## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NABIL (Last Name Unknown), *et al.*, | ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-1504 (RMC) (AK) |
| GEORGE W. BUSH,<br>     President of the United States,<br>     *et al.*, | ) ) ) ) |
| Respondents. | ) |

_____

### ENTRY OF APPEARANCE AND CERTIFICATE OF INDIGENT REPRESENTATION UNDER LCvR 83.2(G) FOR DANIELLE R. VOORHEES

I, Danielle R. Voorhees, hereby enter my appearance on behalf of Petitioner Nabil (Last Name Unknown) in the captioned matter.

Pursuant to LCvR 83.2(g), I hereby certify that I am a member in good standing of the Bars of the Supreme Court of the State of Colorado, the United States District Court for the District of Colorado, and the Tenth Circuit Court of Appeals, and that I am providing legal representation to Petitioner without compensation.

Dated:  March 28, 2006

        Respectfully submitted,

/s Danielle R. Voorhees_____
Danielle R. Voorhees (Colorado State Bar # 35929)
Anne J. Castle (Colorado State Bar #11202)
Scott S. Barker (Colorado State Bar #11177)
J. Triplett Mackintosh (Colorado State Bar #22359)
William E. Murane (Colorado State Bar # 2676)
Douglas L. Abbott (Colorado State Bar #18683)
Hamid M. Khan (Colorado State Bar #34139)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Telephone:  (303) 295-8000

Of Counsel
Barbara J. Olshansky (New York State Bar #3635)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, New York 10012
Telephone: (212) 614-6439

**ATTORNEYS FOR PETITIONER**

## CERTIFICATE OF SERVICE

I certify that on March 28, 2006, I served a copy of the foregoing document to the following as indicated below:

United States Department of Justice
*Via electronic filing*
Preeya Noronha
Peter D. Keisler
Joseph H. Hunt
Kenneth L. Wainstein
Douglas N. Letter
Vincent M. Garvey
Terry M. Henry
James J. Schwartz
Robert J. Katerberg
Nicholas J. Patterson
Andrew I. Warden
Edward H. White
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC  20530


                                                /s Danielle R. Voorhees
                                                Holland & Hart LLP

3499742_1.DOC