# EXHIBIT 5

Case 1:05-cv-01504-UNA   Document 28-6   Filed 03/28/2006   Page 1 of 3

I.S.N 239

(1)

I SHAKER AAMER Born in 2-1-12-1966 under star The meaning of (Best Freind) therefor I wan My Attorney Clive A Stafford Smith to Be the An Attorney for the fellowing names Becuse I know them by living with with ther in Jail for 3 years And I care for them.

(7) كبار سفيان الحواري / الجزائر [redacted] - 29-47

Abbar Sufian Al Hawar
Algeria - [redacted] - 29-47

قبل / ٣ / ٦٩ - كراتشي
١٩٧٠ / ٣ / ١٩

شاكر عامر (US) 
١٩٦٨/٧/١٢

Shaker Aamer
5-Feb-2005

05/18/2005 11:40    2125146499    CCR    PAGE 07