IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABBAR SUFIAN AL HAWARY, *et al.*,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH,<br><br>　　President of the United States, *et al.*,<br><br>　　　　Respondents. | Civil Action No. 05-CV-1505 (RMC) (AK) |

## **[PROPOSED] ORDER**

Upon consideration of Petitioners' Motion for Entry of the Amended Protective Order, it is

ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, in the *In re Guantanamo Bay Detainee Cases* shall be entered in this case.

DATED:_____                    _____

3534712_1.DOC