CLEARED FOR PUBLIC FILING BY CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NABIL, et al.,** ) | |
| ) | |
| *Petitioner/Plaintiff*, ) | |
| ) | |
| v. ) | Civ. No. 05-cv-01504-RMC |
| ) | |
| **GEORGE W. BUSH, et al.,** ) | |
| ) | |
| *Respondents/Defendants*. ) | |
| _____) | |

**MOTION TO PRACTICE AND NOTICE OF ENTRY OF APPEARANCE**

Undersigned counsel respectfully files this Motion to Practice and Notice of Entry of Appearance on behalf of Nabil and Jamal Kiyemba, Next Friend of Nabil, pursuant to Local Civil Rule 83.2(g) and Local Civil Rule 83.6(a). Counsel is a member in good standing of the Bar of the District Court for the Northern District of California and the California Supreme Court. Counsel's California Bar Number is 209489. Counsel hereby certifies that Petitioners in this case are indigent and counsel is providing representation without compensation.

Dated:     March 16, 2007

_____
Zachary Katznelson
California Bar Number 209489
22 Tudor Street
London EC4Y 0AY England
011 44 207 353 4640 (phone)
011 44 207 353 4641 (fax)
zachary@reprieve.org.uk