IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NABIL, *et al.*, | ) | |
| | ) | |
| Petitioners/Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 05-CV-1504 (RMC) |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| Respondents/Defendants. | ) | |
| | ) | |

**NOTICE REGARDING OPPOSITION TO MOTION TO DISMISS AND
MOTION FOR A STAY-AND-ABEY ORDER**

Please take notice that, pursuant to the Protective Orders entered in this case, Petitioner Nabil ("Petitioner"), through his counsel, Zachary Katznelson of Reprieve, filed his Response to Respondents' Motion to Dismiss and Motion for a Stay-and-Abey Order ("Response") with the Court Security Officer via Federal Express delivery on May 3, 2007 at the following address:

U.S. Department of Justice, Litigation Security Section
20 Massachusetts Avenue, NW
Suite 5300
Washington, DC 20530

Petitioner's counsel had technical difficulties with the ECF system and was unable to file this Notice on May 3, 2007; therefore, co-counsel in this matter, Holland & Hart LLP, is filing this Notice to inform the Court and Respondents of the filing with CSO. Once Petitioner's Response is cleared for public filing, Petitioner's counsel will file it through the ECF system.

Dated: May 4, 2007

        Respectfully submitted,

/s Danielle R. Voorhees
Anne J. Castle
Scott S. Barker
J. Triplett Mackintosh
William Murane
Danielle R. Voorhees
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Telephone:  (303) 295-8000

Zachary Katznelson
California Bar No. 209489
Reprieve
P.O. Box No. 52742
London, England EC49-4WS
+44 207 353 4640 (phone)
Zachary@reprieve.org.uk

Of Counsel
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway 7th Floor
New York NY  10012
phone: (212) 614-6438
fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that on 5/4/2007, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W., Room 7144
>Washington, DC  20530

>/s Danielle R. Voorhees
>Holland & Hart LLP

3706029_1.DOC