CLEARED FOR PUBLIC FILING BY CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NABIL, et al., ) | |
| ) | |
| *Petitioners/Plaintiffs* ) | |
| ) | |
| v. ) | Civ. No. 05-cv-01504-RMC |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| *Respondents/Defendants.* ) | |
| _____ ) | |

**MOTION TO PRACTICE AND NOTICE OF ENTRY OF APPEARANCE**

Undersigned counsel respectfully files this Motion to Practice and Notice of Entry of Appearance on behalf of Nabil Hadjarab and Jamal Kiyemba (as Next Friend of Mr. Hadjarab), pursuant to Local Civil Rule 83.2(g) and Local Civil Rule 83.6(a). Counsel is a member in good standing of the Bar of New York. Counsel hereby certifies that Petitioner in this case is indigent and that counsel is providing representation without compensation.

Dated:     8 October 2007

*[signature]*
Cori Crider
Member of NY Bar
22 Tudor Street
London EC4Y 0AY
United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)
cori@reprieve.org.uk
