

Nabil Hadjarab
26 Juin, 2006
Page 2

**Attorney-Detainee Materials**

### Déclaration de Nabil Hadjarab (ISN 238)

Je veux M. Scott Barker et les autres avocats à Holland & Hart comme mes avocats.

_____
Signature

**Attorney-Detainee Materials**

3566775_3.DOC

**UNCLASSIFIED**

EXHIBIT A