CLEARED FOR FILING BY CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

)
IN RE:                                          )
                                                )      Misc. No. 08-442 (TFH)
GUANTANAMO BAY                        )
DETAINEE LITIGATION                   )      Civil No. 05-CV-1504 (RMC)
                                                )
                                                )
_____ )

**REQUEST FOR 30-DAYS' NOTICE PRIOR TO TRANSFER FROM GUANTANAMO
BY PETITIONER NABIL HADJARAB (ISN 238)**

Please take notice that, pursuant to the Court's July 10, 2008 Order (Docket No. 65-2),

Petitioner is hereby requesting that the Court and his counsel be provided with 30-days' notice

prior to transfer of Petitioner from Guantanamo.

Dated: July 15, 2008

Respectfully submitted,

s/ Anne J. Castle
Anne J. Castle
Scott S. Barker
J. Triplett Mackintosh
William Murane
Danielle R. Voorhees
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000

Zachary Katznelson
California Bar No. 209489
Reprieve
P.O. Box No. 52742
London, England EC49-4WS
+44 207 353 4640 (phone)
Zachary@reprieve.org.uk

Of Counsel
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway 7th Floor
New York NY  10012
phone: (212) 614-6438
fax: (212) 614-6499

**CERTIFICATE OF SERVICE**

I hereby certify that on 7/15/2008, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

      United States Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Ave., N.W., Room 7144
      Washington, DC  20530

       s/ Lisa M. Podsiadlik
      Holland & Hart LLP

3896940_1.DOC