**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NABIL HADJARAB, *et al.*, )<br>)<br>Petitioners/Plaintiffs, )<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>Respondents/Defendants. )<br>_____) | Civil No. 05-CV-1504 (RMC) |
| ABBAR SUFIAN AL HAWARY, *et al.*, )<br>)<br>Petitioners/Plaintiffs, )<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>Respondents/Defendants. )<br>_____) | Civil No. 05-CV-1505 (RMC) |
| SUFYIAN BARHOUMI )<br>a/k/a SHAFFIQ, *et al.*, )<br>)<br>Petitioners/Plaintiffs, )<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>Respondents/Defendants. )<br>_____) | Civil No. 05-CV-1506 (RMC) |

**NOTICE OF APPEARANCE**

Please enter the appearance of the attorney listed below on behalf of petitioners in the above-captioned matters.

                Shayana Kadidal
                CENTER FOR CONSTITUTIONAL RIGHTS
                666 Broadway, 7th Floor
                New York NY  10012
                Tel: (212) 614-6438
                Fax: (212) 614-6499

Thank you.

                                                                                          Respectfully submitted,

                                                                                           /s/
                                                                            Shayana Kadidal [D.C. Bar No. 454248]

Dated:  September 10, 2008