**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil No. 05-CV-1504 (RMC) |
| ) | |
| ) | |
| _____ ) | |

**NOTICE OF FILING MOTION TO SEAL AND EMERGENCY MOTION**

Please take notice that, pursuant to the Protective Orders entered in this case, Petitioner Nabil Hadjarab ("Petitioner"), through his counsel, filed a Motion to Seal and an Emergency Motion with the Court Security Officer via hand delivery on September 10, 2008.

Dated: September 11, 2008

                Respectfully submitted,

                /s Danielle R. Voorhees
                Anne J. Castle
                Scott S. Barker
                J. Triplett Mackintosh
                William Murane
                Danielle R. Voorhees
                HOLLAND & HART LLP
                555 Seventeenth Street, Suite 3200
                Denver, CO 80202
                Telephone: (303) 295-8000

                Zachary Katznelson
                California Bar No. 209489
                Reprieve
                P.O. Box No. 52742
                London, England EC49-4WS
                +44 207 353 4640 (phone)
                Zachary@reprieve.org.uk

                Of Counsel
                Shayana Kadidal
                CENTER FOR CONSTITUTIONAL RIGHTS
                666 Broadway 7th Floor
                New York NY 10012
                phone: (212) 614-6438
                fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that on 9/11/08, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., N.W., Room 7144
    Washington, DC  20530


    /s Danielle R. Voorhees
    Holland & Hart LLP

3922942_1.DOC