IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) <br> IN RE: ) <br> ) <br> GUANTANAMO BAY ) <br> DETAINEE LITIGATION ) <br> _____) | Misc. No. 08-442 (TFH) <br><br> Civil Action No. 05-CV-1504 (RMC) |

**NOTICE OF FILING – RESPONDENTS' OPPOSITIONS TO
PETITIONER'S EMERGENCY MOTION AND MOTION TO SEAL**

NOTICE is hereby given that respondents have served petitioner's counsel and Judge Hogan's chambers with respondents' oppositions to petitioner's emergency motion and motion to seal.

Dated: September 15, 2008            Respectfully submitted,

                                          GREGORY G. KATSAS
                                          Assistant Attorney General

                                          JOHN C. O'QUINN
                                          Deputy Assistant Attorney General

                                          _/s/  Andrew I. Warden_
                                          JOSEPH H. HUNT (D.C. Bar No. 431134)
                                          VINCENT M. GARVEY (D.C. Bar No. 127191)
                                          JUDRY L. SUBAR (D.C. Bar 347518)
                                          TERRY M. HENRY
                                          ANDREW I. WARDEN (IN Bar 23840-49)
                                          PAUL DEAN
                                          JAY APPERSON
                                          JOSEPH C. FOLIO III
                                          Attorneys
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          20 Massachusetts Ave., N.W.

Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents