## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Nabil Hadjarab** ) | |
| ) | |
| **Plaintiff-petitioner,** ) | **Misc. No. 08-442 (TFH)** |
| ) | |
| **v.** ) | **No.   05-CV 1504 (RMC)** |
| ) | |
| **GEORGE W. BUSH,** *et al.,* ) | |
| **Defendants-respondents.** ) | |
| ) | |

## NOTICE OF APPEARANCE

Attorneys Jerry Cohen and Stewart Eisenberg hereby enter their appearances as

co-counsel for Petitioner, Nabil Hadjarab.   Both attorneys serve without compensation in

this case.

Dated:        September 18, 2008          Respectfully submitted,

                                    By:_____
                                        Jerry Cohen #14759-D.C. Cir
                                        Burns & Levinson LLP
                                        125 Summer Street
LEAD COUNSEL:                           Boston, MA 02110
Zachary Katznelson                      Tel: (617) 345-3000
Cal. Bar. No. 209489
Legal Director                          Stewart Eisenberg (MA Bar #152180)
Reprieve                                WEINBERG & GARBER, PC
PO Box 52742                            71 King Street
London EC4P 4WS                         Northampton, MA 01060
United Kingdom
Tel: 011-44(0) 207-353-4640             Tel: (413) 582-6886
Fax: 011-44(0) 207-353                  Fax: (413) 582-6881
Zachary@Reprieve.org.uk                 buz.e@verizon.net

                                        *Co-Counsel Nabil Hadjarab*

## CERTIFICATE OF SERVICE

Counsel for Respondents were served this date by filing through the Court's ECF system.

_____
Jerry Cohen, Attorney for Petitioner

J:\Docs\31549\00001\01282752.DOC