Case 1:05-cv-01504-RMC   Document 210   Filed 03/01/10   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ x
                                        :
IN RE:                                  :  Misc. No. 08-442 (TFH)
                                        :
GUANTÁNAMO BAY                          :  Civil Action Nos.
DETAINEE LITIGATION                     :
                                        :  05-392 (ESH); 05-1347 (GK);
                                        :  05-1353 (RMC); 05-1504 (RMC);
                                        :  05-2386 (RBW)
                                        :
_____ x

## NOTICE OF FILING

PLEASE TAKE NOTICE that certain petitioners in the above-captioned cases have submitted to the Court Security Office for service and filing under seal an emergency motion for reconsideration, or, in the alternative, for stay pending appeal, dated February 27, 2010.

Date:   New York, New York
        March 1, 2010

                                        Respectfully submitted,

                                        /s/ J. Wells Dixon
                                        J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                        CENTER FOR CONSTITUTIONAL RIGHTS
                                        666 Broadway, 7th Floor
                                        New York, New York 10012
                                        Tel: (212) 614-6423
                                        Fax: (212) 614-6499
                                        wdixon@ccrjustice.org

                                        *Counsel for Djamel Ameziane in Civil Action*
                                        *No. 05-392 (ESH) on Behalf of the Petitioners*