IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NABIL HADJARAB (ISN 238), ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-1504 (RMC) |
| ) | |
| BARACK OBAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## SCHEDULING ORDER

Upon consideration of the Joint Status Report Regarding Scheduling submitted by the parties, and in light of the applicable law and entire record herein, it is hereby

ORDERED, that the following schedule shall govern this case:

1. Respondents' Amended Factual Return shall be filed no later than August 12, 2011.

2. Respondents' discovery disclosures under Sections I.D.1 and I.E.1 of the Case Management Order, as amended, shall be filed no later than September 16, 2011.

3. Petitioner shall file a discovery-related motion, if any, no later than October 28, 2011. Respondents shall file an Opposition, if any, no later than November 18, 2011, and Petitioner shall file a Reply, if any, no later than December 2, 2011.

4. Petitioner shall file a Traverse within 30 days of the close of discovery. The close of discovery occurs on October 28, 2011 if Petitioner does not file a discovery-related motion. If Petitioner does file a discovery-related motion, the close of discovery occurs when either (1) the Court issues an order denying any additional requests for discovery;

or (2) upon the deadline set by the Court for the completion of any additional Court-ordered discovery.

5. Within fourteen (14) days of the filing of the Traverse, the parties shall meet and confer and submit a Joint Status Report apprising the Court of any outstanding issues and proposing a further schedule for preparation for a merits hearing.

SO ORDERED.

_8 April 2011_
Dated

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER,
UNITED STATES DISTRICT COURT JUDGE